PETER E. LE FEVRE, SOLE EXECUTOR, &c., RESPONDENT, *v.* ELIZA P. TOOLE, APPELLANT, IMPLEADED, &c., AND OTHERS, RESPONDENTS.

Judgment affirmed, with costs payable out of the estate.

Opinion PER CURIAM.

---

ABRAHAM BLUMLIEN, RESPONDENT, *v.* EDWARD FEE, APPELLANT.

Order reversed, with $10 costs, and disbursements.

Opinion PER CURIAM.

---

JOSEPH DIXON, RESPONDENT, *v.* ALFRED E. BEACH AND OTHERS, APPELLANTS.

Order affirmed, so far as it denied motion to make certain allegations of the complaint more definite and certain. Order modified, so far as it refused to strike out certain parts of the complaint as irrelevant and redundant, and such parts of said complaint as are indicated in the margin thereof filed with the clerk, stricken out as irrelevant and redundant, without costs.

---

MARY SHERIDAN AND JAMES E. McLARNEY, AS ADMINISTRATOR AND ADMINISTRATRIX OF JAMES SHERIDAN, DECEASED, APPELLANTS, *v.* FERDINAND T. HOPKINS, RESPONDENT.

Judgment reversed, and new trial ordered, costs to abide event.

Opinion PER CURIAM.

---

ANDREW A. SMITH, APPELLANT, *v.* WARREN A. RANSOM AND OTHERS, AS EXECUTORS AND TRUSTEES, &c., OF JONATHAN H. RANSOM, RESPONDENTS.

Judgment affirmed, with costs.

Opinion PER CURIAM.

---

JAMES F. WOODHOUSE, AS ADMINISTRATOR, &c., OF CHARITY WOODHOUSE, DECEASED, APPELLANT, *v.* CLARIBORNE O. WOODHOUSE, RESPONDENT.

Judgment reversed; new trial ordered; costs to abide event.

Opinion PER CURIAM.